Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL D. HINES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | Case No. CV 09-0807 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and that this matter is remanded pursuant to Sentence Four of 42 U.S.C. §405(g) for further proceedings not inconsistent with this Order.

DATED:　　October 28, 2009

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE